■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN PROCTOR, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered on or about July 11, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Gonzalez, Catterson and Renwick, JJ.